**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00244-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5.  CINDY INGRAM,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Cindy Ingram before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 29th day of June, 2006.

                                        s/ Edward W. Nottingham
                                        UNITED STATES DISTRICT JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO