UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5. CINDY INGRAM,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set for **Friday, February 11, 2011 at 4:00 p.m.** in courtroom A-1002.

      Dated:  January 7, 2011