# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
|---|---|
| v. | Case Number:  06-cr-00244-WYD-05 |
|  | USM Number:  34341-013 |
| CINDY INGRAM | Anthony Viorst, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 07/08/10 |
| 2 | Possession and Use of a Controlled Substance | 07/12/10 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 14, 2011
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

March 10, 2011
Date

DEFENDANT:  CINDY INGRAM
CASE NUMBER:  06-cr-00244 WYD-05                                              Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug/Alcohol Treatment as Directed by the Probation Officer (Urinalysis) | 07/02/10 |
| 4 | Failure to Participate in Drug/Alcohol Treatment as Directed by the Probation Officer (Counseling) | 11/29/10 |
| 5 | Failure to Abide by the Rules and Regulations of a Residential Reentry Center | 12/15/10 |
| 6 | Failure to Pay Restitution as Directed | 10/31/2010 |

DEFENDANT:  CINDY INGRAM
CASE NUMBER:  06-cr-00244 WYD-05                                                                 Judgment-Page 3 of 5

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.  No supervision to follow term of imprisonment.

      The Court recommends that the Bureau of Prisons credit defendant for 54 days time spent in official detention prior to sentencing.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  CINDY INGRAM
CASE NUMBER:  06-cr-00244 WYD-05                                                      Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 10 | $100.00 | $0.00 | $31,832.00 |
| **TOTALS** | $100.00 | $0.00 | $31,832.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| BNC Mortgage, Inc.<br>Attn:  Mary Santandrea<br>1901 Main Street<br>Irvine, CA  92614<br>Re:  Loan No. 0041358839 | | | 33.33% |
| Saxon Mortgage Services<br>Attn:  Robert Duval<br>4708 Mercantile Drive North<br>Fort Worth, TX  76137-3605<br>Re:  Loan Nos. 6000136585 and 6000136944 | | | 33.33% |
| New Century Corporation<br>Attn:  Ann Anderson-Mott<br>Corp. Risk Management<br>3351 Michelson Drive<br>Suite 400<br>Irvine, CA  92612<br>Re:  Loan No. 1000694984 | | | 33.33% |
| **TOTALS** | $31,832.00 | $31,832.00 | |

Interest on the restitution obligation will be waived, upon the Court's finding that the defendant does not have the ability to pay interest.

The defendant must pay interest on a fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CINDY INGRAM
CASE NUMBER:  06-cr-00244 WYD-05                                                Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant is ordered to pay the balance of the fine or restitution outstanding.

The defendant's restitution obligation of $31,832.00 shall be joint and several with similar obligations to pay restitution imposed on Ronald Fontenot, Case No. 06-cr-00244-WYD-06 and Torrence James, Case No. 06-cr-00244-WYD-07.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) fine principal, (4) fine interest, (5) penalties.